## JOHN T. COYLE, ESQ.
638 NEWARK AVENUE
JERSEY CITY, NEW JERSEY 07306
(201)-653-1926
*Fax* (201)-653-2080
JC4957

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| vs. | :: | **CONSENT ORDER** |
| JOSEPH CASTAGNA | :: | Mag. No. 09-8135-03 |
| *Defendants* | :: | HONORABLE MARK FALK, USMJ |

It is hereby ordered upon the request of the above-named defendant, and without the objection of Pretrial Services Officer Angel Matos, and Assistant United States Attorney Sandra Moser, District of New Jersey, that for the period of no more than three weeks from the date this Order is signed, defendant's residential property located at 17 Wales Avenue, Jersey City, New Jersey 07306, be released from any encumbrances that may have resulted from the Order Setting Conditions of Release dated July 23, 2009, which required the posting of an Unsecured Appearance Bond in the amount of $25,000.00.

So Ordered this ___17___ day of August, 2011.

_____
Honorable Mark Falk
United States Magistrate Judge

_____
Angel Matos, Pretrial Services Officer

_____
Sandra Moser, Assistant United States Attorney